# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ANDREW CYRIL SMITH, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-686-M-BH |
| | § | |
| NANCY A. BERRYHILL, ACTING | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Petition to Obtain Approval of a Fee for Representing a Social Security Claimant*, filed December 1, 2016 (doc. 24), is **GRANTED,** and the plaintiff's counsel is hereby awarded $20,898.68 in attorney's fees out of the plaintiff's past-due benefits pursuant to 42 U.S.C. § 406(b).

**SIGNED** this 26th day of April, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE